**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-541**

―――――――――

In Re: PHILLIP M. PROPST,

Petitioner.

―――――――――

On Petition for Writ of Mandamus.

―――――――――

Submitted:  April 29, 1998          Decided:  May 15, 1998

―――――――――

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

―――――――――

Petition denied by unpublished per curiam opinion.

―――――――――

Phillip M. Propst, Petitioner Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant brought this mandamus petition seeking an order directing the Catawba County Superior Court to enter a discovery order. We lack jurisdiction to order the state court to act. <u>See</u> <u>Davis v. Lansing</u>, 851 F.2d 72, 74 (2d Cir. 1988). Accordingly, although we grant leave to proceed in forma pauperis, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid in the decisional process.

<u>PETITION DENIED</u>

2